# TARRANT COUNTY SHERIFF'S DEPARTMENT
## DETENTION BUREAU INSPECTION RECORD OF PRISONERS IN SEPARATION

**Name:** Hummel, John          **C.I.D. #** 0765423

SRC-I

### Part II - Daily Inspection Record
### (Date, Time and Signature columns must be completed.)

| Date | Time | Signature | Empl.# | Remarks |
|---|---|---|---|---|
| 1-19-10 | 2149 | R. Thomas | 69709 | Appears Asleep |
| 1-19-10 | 2159 | R. Thomas | 69709 | Appears Asleep |
| 1-19-10 | 2209 | D. Harp | 76826 | Appears Asleep |
| 1-19-10 | 2219 | R. Thomas | 69709 | Appears Asleep |
| 1-19-10 | 2229 | R. Thomas | 69709 | Appears Asleep |
| 1-19-10 | 2237 | R. Thomas | 69709 | Appears Asleep |
| 1-19-10 | 2245 | R. Thomas | 69709 | Appears Asleep |
| | 2256 | A. Mercado | 58965 | Appears Asleep on bunk |
| | 2306 | A. Mercado | 58965 | Appears Asleep on bunk |
| | 2316 | A. Mercado | 58965 | Appears Asleep on bunk |
| | 2326 | A. Mercado | 58965 | Appears Asleep on bunk |
| | 2336 | A. Mercado | 58965 | Appears Asleep on bunk |
| | 2346 | A. Mercado | 58965 | Appears Asleep on bunk |
| | 2350 | A. Mercado | 58965 | Appears Asleep on bunk |
| | 2355 | A. Mercado | 58965 | Appears Asleep on bunk |
| 1/20/10 | 0000 | B. Calhoun | 69801 | appears asleep on bunk |
| | 0004 | S. Williams | 7145 | Appears Asleep |
| | 0018 | B. Calhoun | 69801 | laying on bunk facing wall |
| | 0028 | B. Calhoun | 69801 | laying on bunk facing wall |
| | 0038 | B. Calhoun | 69801 | appears asleep on bunk |
| | 0048 | B. Calhoun | 69801 | appears asleep |
| | 0058 | B. Calhoun | 69801 | appears asleep |
| | 0100 | C. Long | 68920 | laying on bunk |
| | 0110 | C. Long | 68920 | laying on bunk |
| | 0120 | C. Long | 68920 | laying on bunk |
| | 0130 | C. Long | 68920 | laying on bunk |
| | 0140 | C. Long | 68920 | laying on bunk |
| | 0150 | C. Long | 68920 | laying on bunk |
| | 0200 | C. Long | 68920 | laying on bunk |
| | 0210 | M. Nanal | 70624 | laying on bunk, appears asleep |
| | 0220 | M. Nanal | 70624 | laying on bunk, appears asleep |
| | 0230 | M. Nanal | 70624 | laying on bunk, appears asleep |
| | 0240 | M. Nanal | 70624 | laying on bunk, appears asleep |

CFMT-37

EXHIBIT 44 Page 35 **884**

# TARRANT COUNTY SHERIFF'S DEPARTMENT
## DETENTION BUREAU INSPECTION RECORD OF PRISONERS IN SEPARATION

(Print or Type)

Name: Hummel, John     C.I.D. # 0763423

☐ Administrative
☐ Disciplinary

| Offense: (If Disciplinary) | Reason (If Administrative) | | Be Specific |
|---|---|---|---|
| | NHS | | |
| **Date Imposed** | **Authority** | **Date Due Out** | **Actual Date Out** |
| | | | |

Part I - ( Special Instructions )

SPC-I

### Part II - Daily Inspection Record
1946  (Date, Time and Signature columns must be completed.)

| Date | Time | Signature | Empl.# | Remarks |
|---|---|---|---|---|
| 1-20-10 | 1956 | A. Quinonez | 70865 | Reading on bunk |
| 1-20-10 | 2005 | T. Riamaiden | 69335 | reading a book in his bunk |
| 1-20-10 | 2015 | A. Quinonez | 70865 | Reading on bunk |
| 1-20-10 | 2025 | T. Riamaiden | 69335 | Appears to be Reading a book |
| 1-20-10 | 2035 | Simon | 60603 | Sitting on Bunk |
| 1-20-10 | 2043 | A. Quinonez | 70865 | Reading on bunk |
| 1-20-10 | 2052 | Simon | | On Bunk |
| 1-20-10 | 2102 | A. Quinonez | 70865 | Reading on bunk |
| 1-20-10 | 2112 | T. Riamaiden | 69335 | Reading a book in his bunk |
| 1-20-10 | 2120 | A. Quinonez | 70865 | Reading on bunk |
| 1-20-10 | 2130 | Simon | | Sitting on Bunk |
| 1-20-10 | 2137 | Simon | | Appears Reading |
| 1-20-10 | 2147 | Simon | | Laying on Bunk (appears asleep) |
| 1-20-10 | 2157 | T. Riamaiden | 69335 | Appears asleep in bunk |
| 1-20-10 | 2206 | A. Quinonez | 70865 | appears asleep |
| 1-20-10 | 2215 | T. Riamaiden | 69335 | Appears asleep in bunk |
| 1-20-10 | 2222 | A. Quinonez | 70865 | appears asleep |
| 1-20-10 | 2230 | A. Quinonez | 70865 | appears asleep |
| 1-20-10 | 2239 | A. Quinonez | 70865 | appears asleep |
| 1-20-10 | 2249 | A. Quinonez | 70865 | appears asleep |
| | 2255 | A. Mercado | 54935 | Appears Asleep on bunk |
| | 2305 | A. Mercado | 54935 | Appears Asleep on bunk |
| | 2315 | A. Mercado | 54935 | Appears Asleep on bunk |
| | 2325 | A. Mercado | 54935 | Appears Asleep on bunk |

EXHIBIT Information Continued
Yes or No (Circle one)

885

# TARRANT COUNTY SHERIFF'S DEPARTMENT
## DETENTION BUREAU INSPECTION RECORD OF PRISONERS IN SEPARATION

**Name:** Hummel John

**C.I.D. #** 0763423

---

### Part II - Daily Inspection Record
**(Date, Time and Signature columns must be completed.)**

| Date | Time | Signature | Empl.# | Remarks |
|------|------|-----------|--------|---------|
| 1-21-10 | 1641 | Kmm | 68003 | On Toilet |
| 1-21-10 | 1641 | R. Thomas | 69709 | on Toilet |
| 1-21-10 | 1655 | Kmm | 68862 | On Bunk (Reading) |
| 1-21-10 | 1705 | Kmm | | Sitting on Bunk (Movement) |
| 1-21-10 | 1715 | Kmm | | On Bunk |
| 1-21-10 | 1725 | Kmm | | Sitting on Bunk |
| 1-21-10 | 1735 | F. Ali | 71034 | Sitting on bunk |
| 1-21-10 | 1745 | F. Ali | 71034 | Sitting on bunk |
| 1-21-10 | 1753 | Kmm | | On Bunk |
| 1-21-10 | 1805 | R. Thomas | 69709 | on Bunk Reading |
| 1-21-10 | 1815 | Kmm | | Sitting on Bunk |
| 1-21-10 | 1822 | Kmm | | On Bunk (Reading) |
| 1-21-10 | 1830 | Kmm | | On Bunk (Rooming Reading) |
| 1-21-10 | 1838 | R. Thomas | 69709 | On Bunk Reading |
| 1-21-10 | 1848 | R. Thomas | 69709 | On Bunk Reading |
| 1-21-10 | 1856 | R. Thomas | 69709 | On Bunk Reading |
| 1-21-10 | 1906 | Kmm | | On Bunk |
| 1-21-10 | 1915 | Kmm | | On Bunk (Movement) |
| 1-21-10 | 1925 | Kmm | | On Bunk |
| 1-21-10 | 1930 | F. Ali | 71034 | on Bunk |
| 1-21-10 | 1930 | Kmm | | On Bunk |
| 1-21-10 | 1940 | F. Ali | 71034 | sitting on bunk |
| 1-21-10 | 1949 | T. Rigmaiden | 69935 | Read a book |
| 1-21-10 | 1958 | T. Rigmaiden | 69935 | Read a book in his bunk |
| 1-21-10 | 2005 | Kmm | | On Bunk (Movement) |
| 1-21-10 | 2015 | F. Ali | 71034 | Reading book |
| 1-21-10 | 2022 | R. Thomas | 69709 | On Bunk Reading |
| 1-21-10 | 2032 | F. Ali | 71034 | Sitting on Bunk |
| 1-21-10 | 2040 | Kmm | 68003 | On Bunk |
| 1-21-10 | 2048 | R. Thomas | 69709 | Sitting on Bunk Reading |
| 1-21-10 | 2056 | Kmm | | On Bunk (Movement) |
| | 2108 | Kmm | | On Bunk |
| | 2118 | Kmm | | On Bunk |

EXHIBIT 44 Page 37 **886**

# TARRANT COUNTY SHERIFF'S DEPARTMENT
## DETENTION BUREAU INSPECTION RECORD OF PRISONERS IN SEPARATION

(Print or Type)

Name: Hummel, John     C.I.D. # 0762423

☐ Administrative
☐ Disciplinary

| Offense: (If Disciplinary) | Reason (If Administrative) SPCI | Be Specific |
|---|---|---|

| Date Imposed | Authority | Date Due Out | Actual Date Out |
|---|---|---|---|
| | | | |

### Part I - ( Special Instructions )
N.T.H.S

### Part II - Daily Inspection Record
(Date, Time and Signature columns must be completed.)

| Date | Time | Signature | Empl.# | Remarks |
|---|---|---|---|---|
| 1-21-10 | 1327 | JCL | 70203 | reading |
| | 1336 | JCL | 70203 | reading |
| | 1345 | JCL | 70203 | reading |
| | 1354 | JCL | 70203 | reads |
| | 1403 | JCL | 70203 | reading |
| | 1412 | Pilin | 55281 | ok |
| | 1421 | JCL | 70205 | ok |
| | 1430 | R Manning | 66665 | DNR |
| | 1438 | JCL | 70203 | on bunk |
| | 1447 | JCL | 70203 | on bunk |
| 1-21-10 | 1455 | Vidal | 65603 | Sitting on bunk |
| 1-21-10 | 1500 | F. Al. | 7034 | Sitting on bunk |
| 1-21-10 | 1509 | R Thomas | 69709 | Sitting on Bunk Reading |
| 1-21-10 | 1518 | F. Al. | 71034 | Standing at the door |
| 1-21-10 | 1527 | R Thomas | 69709 | Sitting on Bunk Reading |
| | 1532 | Simon | 69003 | On Bunk (Movement) |
| 1-21-10 | 1535 | F. Al. | 71034 | on Bunk |
| 1-21-10 | 1545 | Simon | | On Bunk (Appears Reading) |
| 1-21-10 | 1555 | Simon | | Sitting on Bunk |
| 1-21-10 | 1601 | R Thomas 69709 | | Sitting on Bunk Reading |
| 1-21-10 | 1610 | F. Al. | 71034 | Appears Asleep |
| | 1616 | Simon | | On Bunk |
| | 1628 | Simon | | On Bunk |
| 1-21-10 | 1638 | F. Al. | 71034 | Appears Asleep |

Revised 7/2000
CFMT-37

EXHIBIT Information Reading? Check
Yes or No (Circle one)

887

App. 0716

# TARRANT COUNTY SHERIFF'S DEPARTMENT
## DETENTION BUREAU INSPECTION RECORD OF PRISONERS IN SEPARATION

**Name:** Hummel, John          **C.I.D. #** 0763423

### Part II - Daily Inspection Record
### (Date, Time and Signature columns must be completed.)

| Date | Time | Signature | Empl.# | Remarks |
|---|---|---|---|---|
| 1-23-10 | 2122 | R. Thomas | 69709 | Sitting up Reading |
| 1-23-10 | 2131 | T. Alameda | 69335 | Ready a book in his bunk |
| 1-23-10 | 2140 | T. Alameda | 69335 | reads a book |
| 1-23-10 | 2149 | R. Thomas | 68709 | Sitting up Reading |
| 1-23-10 | 2159 | R. Thomas | 69709 | Sitting up Reading |
| 1-23-10 | 2209 | R. Thomas | 69709 | Sitting up Reading |
| 1-23-10 | 2215 | R. Thomas | 69709 | Sitting up Reading |
| 1-23-10 | 2224 | T. Alameda | 69335 | Reading a book in his bunk |
| 1-23-10 | 2224 | T. Alameda | 69335 | Reads a book |
| 1-23-10 | 2240 | R. Thomas | 69709 | Appears Asleep |
| 1-23-10 | 2245 | F. Al | 71034 | Appears Asleep |
| 1-23-10 | 2255 | A | 70757 | Appears asleep |
| 1-23-10 | 2305 | A | 70757 | Appears asleep |
| 1-23-10 | 2315 | A | 70757 | Appears asleep |
| 1-23-10 | 2325 | A | 70757 | Appears asleep |
| 1-23-10 | 2335 | A | 70757 | Appears asleep |
| 1-23-10 | 2345 | A | 70757 | Appears asleep |
| 1-23-10 | 2355 | A | 70757 | Appears asleep |
| 1-24-10 | 0005 | J. Doss | 70021 | Appears Asleep |
|  | 0015 | J. Doss | 70021 | Appears Asleep |
|  | 0025 | J. Doss | 70021 | Appears Asleep |
|  | 0035 | J. Doss | 70021 | Appears Asleep |
|  | 0045 | J. Doss | 70021 | Appears Asleep |
|  | 0055 | J. Doss | 70021 | Appears Asleep |
|  | 0105 | J. Doss | 70021 | Appears Asleep |
| 1-24-10 | 0115 | J. Perez | 70804 | Laying on bunk |
|  | 0125 | J. Perez | 70804 | Laying on bunk |
|  | 0135 | J. Perez | 70804 | Laying on bunk |
|  | 0145 | J. Perez | 70804 | Laying on bunk |
|  | 0155 | J. Perez | 70804 | Laying on bunk |
|  | 0205 | ox | 69411 | Sleeping on bunk |
|  | 0215 | ox | 69411 | Sleeping on bunk |
|  | 0225 | ox | 69411 | Sleeping on bunk |

CFMT-37

EXHIBIT 44 Page 39 **888**

App. 0717

# TARRANT COUNTY SHERIFF'S DEPARTMENT
## DETENTION BUREAU INSPECTION RECORD OF PRISONERS IN SEPARATION

(Print or Type)

Name: Hummel, John          C.I.D. # 0763423          ☐ Administrative

☐ Disciplinary

| Offense: (If Disciplinary) | Reason (If Administrative) | | Be Specific |
|---|---|---|---|
| | SPC I | | |
| Date Imposed | Authority | Date Due Out | Actual Date Out |
| | | | |
| Part I - ( Special Instructions ) | | | |
| N.T.H.S | | | |

## Part II - Daily Inspection Record
**(Date, Time and Signature columns must be completed.)**

| Date | Time | Signature | Empl.# | Remarks |
|---|---|---|---|---|
| 1/23/10 | 1734 | R Thomas | 69709 | Sitting on Bunk Reading |
| 1-23-10 | 1744 | R Thomas | 69709 | Sitting on Bunk Reading |
| 1-23-10 | 1754 | R Thomas | 69709 | Sitting on Bunk Reading |
| 1-23-10 | 1804 | R Thomas | 69709 | Sitting on Bunk Reading |
| 1-23-10 | 1814 | R Thomas | 69709 | Sitting on Bunk Reading |
| 1-23-10 | 1824 | R Thomas | 69709 | Sitting on Bunk Reading |
| 1-23-10 | 1830 | F. Bai | 71034 | sitting on Bunk |
| 1-23-10 | 1839 | T Rigmaiden | 69335 | Awake Reading A Book |
| 1-23-10 | 1849 | R Thomas | 69709 | Awake Reading A Book |
| 1-23-10 | 1857 | R Thomas | 69709 | on Toilet |
| 1-23-10 | 1907 | R Thomas | 69709 | Sitting up Reading A Book |
| 1-23-10 | 1910 | R Thomas | 69709 | Sitting up Reading A Book |
| 1-23-10 | 1920 | R Thomas | 69709 | Sitting up Reading A Book |
| 1-23-10 | 1930 | R Thomas | 69709 | Sitting up Reading A Book |
| 1-23-10 | 1938 | R Thomas | 69709 | Sitting up Reading A Book |
| 1-23-10 | 1945 | R Thomas | 69709 | Sitting up Reading A Book |
| 1/23/10 | 1955 | J John | 0670 | Sitting on bunk reading |
| 1/23/10 | 2005 | John | 0670 | Sitting on bunk reading |
| 1-23-10 | 2015 | R Thomas | 69709 | Sitting on Bunk Reading |
| 1-23-10 | 2025 | R Thomas | 69709 | Sitting on Bunk Reading |
| 1-23-10 | 2044 | T Rigmaiden | 69335 | Awake Reading book |
| 1-23-10 | 2053 | R Thomas | 69709 | Sitting up Reading |
| 1-23-10 | 2102 | T Rigmaiden | 69335 | Ready a book on his bunk |
| 1-23-10 | 2112 | R Thomas | 69709 | Sitting up Reading |

EXHIBITATION Page 40

Hospitalization Required
Yes or No  (Circle one)

**889**

App. 0718

# TARRANT COUNTY SHERIFF'S DEPARTMENT
## DETENTION BUREAU INSPECTION RECORD OF PRISONERS IN SEPARATION

**Name:** Hummel John      **C.I.D. #** 0763423

---

### Part II - Daily Inspection Record
### (Date, Time and Signature columns must be completed.)

| Date | Time | Signature | Empl.# | Remarks |
|------|------|-----------|--------|---------|
| 1-23-10 | 1230 | | 70709 | On Bunk Reading |
| 1-23-10 | 1239 | | 70709 | On Bunk Reading |
| 1-23-10 | 1248 | | 70709 | On Bunk laying down |
| 1-23-10 | 1257 | | 70709 | On Bunk laying down |
| 1-23-10 | 1306 | | 70709 | on Bunk laying down |
| 1-23-10 | 1315 | | 70709 | Appears to be asleep |
| 1-23-10 | 1325 | O'Banion | 65681 | Appears asleep |
| 1-23-10 | 1334 | | 70709 | Appears Asleep |
| 1-23-10 | 1343 | M. Evans | 69456 | Sitting down reading |
| 1-23-10 | 1350 | O'Banion | 65681 | Standing at the door |
| 1-23-10 | 1359 | M. Evans | 69454 | Sitting down reading |
| 1-23-10 | 1408 | | 70709 | Sitting on bunk reading |
| 1-23-10 | 1417 | | 70709 | Sitting on bunk reading |
| 1-23-10 | 1426 | | 70709 | Sitting on bunk reading |
| 1-23-10 | 1435 | | 70709 | Sitting on bunk reading |
| 1-23-10 | 1444 | M. Evans | 69456 | Standing by the toilet |
| 1/23/10 | 1454 | J. Johnson | | Sitting on bunk reading |
| 1-23-10 | 1503 | F. Ali | 71034 | reading Book |
| 1-23-10 | 1510 | F. Ali | 71034 | reading Book |
| 1-23-10 | 1517 | R. Thomas | 69709 | Sitting on bunk Reading |
| 1/23/10 | 1527 | J. Johnson | 70670 | Sitting on toilet |
| 1/23/10 | 1537 | J. Johnson | 70670 | Sitting on bunk reading |
| 1-23-10 | 1545 | R. Thomas | 69709 | Sitting on Bunk Reading |
| 1/23/10 | 1555 | J. Johnson | 70670 | Sitting on Bunk reading |
| 1/23/10 | 1605 | J. Johns | 70670 | Sitting on bunk reading |
| 1/23/10 | 1615 | J. John | 70670 | Sitting on bunk reading |
| 1/23/10 | 1625 | J. John | 70670 | Sitting on bunk Reading/eating |
| 1-23-10 | 1635 | R. Thomas | 69709 | Sitting on Bunk Reading |
| 1-23-10 | 1644 | R. Thomas | 69709 | Sitting on Bunk Reading |
| 1-23-10 | 1654 | R. Thomas | 69709 | Sitting on Bunk Reading |
| 1/23/10 | 1704 | J. Johnson | 70670 | Sitting on bunk reading |
| 1-23-10 | 1714 | R. Thomas | 69709 | Sitting on Bunk Reading |
| 1/23/10 | 1724 | J. Johnson | 70670 | Sitting on toilet |

CFMT-37

EXHIBIT 44 Page 41 **890**

# TARRANT COUNTY SHERIFF'S DEPARTMENT
## DETENTION BUREAU INSPECTION RECORD OF PRISONERS IN SEPARATION

### (Print or Type)

**Name:** HUMMEL, JOHN   **C.I.D. #** 0763423

☐ Administrative

☐ Disciplinary

| Offense: (If Disciplinary) | Reason (If Administrative) | Be Specific |
|---|---|---|
| | SPC T | |

| Date Imposed | Authority | Date Due Out | Actual Date Out |
|---|---|---|---|
| | | | |

**Part I - ( Special Instructions )**

### Part II - Daily Inspection Record
**(Date, Time and Signature columns must be completed.)**

| Date | Time | Signature | Empl.# | Remarks |
|---|---|---|---|---|
| 1-22-10 | 1448 | M. Ybarra | 66654 | sitting reading |
| 1-22-10 | 1458 | L. Sparks | 71075 | Reading A Book |
| 1-22-10 | 1504 | R. Thomas | 69705 | Reading A Book |
| 1-22-10 | 1510 | F. Ali. | 71034 | sitting on bunk |
| 1-22-10 | 1520 | L. Sparks | 71075 | standing at door |
| 1-22-10 | 1530 | L. Sparks | 71075 | Reading A Book |
| 1-22-10 | 1540 | L. Sparks | 71075 | Reading A Book |
| 1/22/10 | 1550 | T. Johnson | 06670 | Reading a book |
| 1-22-10 | 1600 | L. Sparks | 71075 | Reading A Book |
| 1-22-10 | 1610 | R. Thomas | 69709 | Sitting on Bunk Reading |
| 1-22-10 | 1620 | L. Sparks | 71075 | Reading A Book |
| 1-22-10 | 1630 | L. Sparks | 71075 | Reading A Book |
| 1-22-10 | 1640 | R. Thomas | 69709 | Sitting on BUNK Reading |
| 1-22-10 | 1649 | R. Thomas | 69709 | sitting on BUNK Reading |
| 1-22-10 | 1659 | L. Sparks | 71075 | Reading A Book |
| 1-22-10 | 1708 | R. Thomas | 69709 | Reading on BUNK |
| 1-22-10 | 1718 | R. Thomas | 69709 | Sitting on BUNK reading |
| 1/22/10 | 1728 | T. Johnson | | Sitting on Bunk reading |
| 1-22-10 | 1738 | R. Thomas | 69709 | Sitting on BUNK Reading |
| 1-22-10 | 1748 | L. Sparks | 71075 | standing at door |
| 1-22-10 | 1758 | R. Thomas | 69709 | Sitting on BUNK Reading |
| 1-22-10 | 1808 | R. Thomas | 69709 | Sitting on BUNK Reading |
| 1-22-10 | 1818 | R. Thomas | 69709 | sitting on BUNK Reading |
| 1-22-10 | 1828 | L. Sparks | 71075 | sitting on bunk |

EXHIBIT Information Continued on back
Yes or No (Circle one)

# TARRANT COUNTY SHERIFF'S DEPARTMENT
## DETENTION BUREAU INSPECTION RECORD OF PRISONERS IN SEPARATION

**Name:** _Hinson, Sahl_  **C.I.D. #** _27634 23_

---

### Part II - Daily Inspection Record
(Date, Time and Signature columns must be completed.)

_1838_

| Date | Time | Signature | Empl.# | Remarks |
|------|------|-----------|--------|---------|
| 1-22-10 | 1838 | L. Sparks | 71075 | Sitting on Bunk |
| 1-22-10 | 1848 | L. Sparks | 71075 | Sitting on Bunk |
| 1-22-10 | 1858 | L. Sparks | 71075 | Laying on Bunk |
| 1-22-10 | 1904 | R.T. Kennots | 69710 | Appears Asleep |
| 1-22-10 | 1914 | L. Sparks | 71075 | Sitting on Bunk |
| 1-22-10 | 1919 | F. Ali | 71034 | Sitting on Bunk |
| 1-22-10 | 1925 | F. Ali | 71034 | Sitting on Bunk |
| 1/22/10 | 1935 | T. Johnson | 70650 | Sitting on Bunk |
| 1-22-10 | 1945 | L. Sparks | 71075 | Sitting on Bunk |
| 1-22-10 | 1955 | L. Sparks | 71075 | Sitting on Bunk |
| 1-22-10 | 2005 | L. Sparks | 71075 | Sitting on Bunk |
| 1-22-10 | 2015 | L. Sparks | 71075 | Sitting on Toilet |
| 1-22-10 | 2025 | F. Ali | 71034 | Sitting on Bunk |
| 1-22-10 | 2035 | R.T. Kennis | 69709 | Sitting on Bunk |
| 1/22/10 | 2045 | T. Johnson | 70650 | Standing at door |
| 1/22/10 | 2055 | T. Johnson | 70650 | Standing at door |
| 1-22-10 | 2105 | L. Sparks | 71075 | Standing at door |
| 1-22-10 | 2115 | L. Sparks | 71075 | Sitting on Bunk |
| 1-22-10 | 2025 | L. Sparks | 71075 | Sitting on Toilet |
| 1-22-10 | 2135 | L. Sparks | 71075 | Sitting on Bunk |
| 1-22-10 | 2145 | L. Sparks | 71075 | Laying on Bunk |
| 1-22-10 | 2148 | R. Kennis | 69709 | Inmate Being Moved to 75 |
| 1-22-10 | 2158 | F. Ali | 71034 | Sitting on bunk |
| 1-22-10 | 2207 | T. Rigmaiden | 69335 | Standing at cell door |
| 1-22-10 | 2215 | T. Rigmaiden | 69335 | Sitting on cell door |
| 1-22-10 | 2025 | T. Rigmaiden | 69335 | Sitting on bunk Awake |
| 1-22-10 | 2235 | T. Rigmaiden | 69335 | Sitting on bunk awake |
| 1-22-10 | 2245 | J. Perez | 70804 | Standing at door |
| 1-22-10 | 2255 | J. Perez | 70804 | Sitting on bunk |
| 1-22-10 | 2305 | A. Gee | 71156 | Sitting on Bunk |
| 1-22-10 | 2315 | A. Gee | 71156 | Sitting on bunk |
| 1-22-10 | 2325 | A. Gee | 71156 | Sitting on Bunk |
| 1-22-10 | 2335 | A. Gee | 71156 | Sitting on Bunk |

EXHIBIT 44 Page 43  **892**

**App. 0721**

# TARRANT COUNTY SHERIFF'S DEPARTMENT
## DETENTION BUREAU INSPECTION RECORD OF PRISONERS IN SEPARATION

(Print or Type)

Name: _Hummel, John_   C.I.D. # _0763423_   ☐ Administrative
☐ Disciplinary

| Offense: (If Disciplinary) | Reason (If Administrative) | Be Specific |
|---|---|---|
| | S P C J | |

| Date Imposed | Authority | Date Due Out | Actual Date Out |
|---|---|---|---|
| | | | |

**Part I - ( Special Instructions )**

N · T · H · S

**Part II - Daily Inspection Record**
**(Date, Time and Signature columns must be completed.)**

| Date | Time | Signature | Empl.# | Remarks |
|---|---|---|---|---|
| 1/21/10 | 2125 | Simon | 68663 | Laying on Bunk (Movement) |
| 1-21-10 | 2130 | F. Ali | 71034 | Appear Asleep |
| 1-21-10 | 2138 | F. Ali | 71034 | Appears Asleep |
| 1/21/10 | 2145 | Simon | 68663 | Laying on Bunk |
| 1-21-10 | 2155 | Simon | | On Bunk |
| 1-21-10 | 2205 | Simon | | Laying on Bunk |
| 1-21-10 | 2215 | T. Rigmaiden | 69335 | Appear asleep in bunk |
| 1-21-10 | 2224 | T. Rigmaiden | 69335 | Appear Asleep in bunk |
| 1-21-10 | 2234 | T. Rigmaiden | 69335 | Appear asleep in bunk |
| 1-21-10 | 2244 | T. Rigmaiden | 69335 | Appear asleep in bunk |
| | 2250 | C. Long | 68920 | laying on bunk |
| | 2300 | C. Long | 68920 | laying on bunk |
| | 2310 | C. Long | 68920 | laying on bunk |
| | 2320 | C. Long | 68920 | laying on bunk |
| | 2330 | C. Long | 68920 | laying on bunk |
| | 2340 | C. Long | 68920 | laying on bunk |
| | 2350 | C. Long | 68920 | laying on bunk |
| 01/22/2010 | 0000 | C. Long | 68920 | laying in bunk |
| 01/22/2010 | 0010 | B. Calhoun | 69801 | laying on bunk / appears asleep |
| | 0020 | B. Calhoun | 69801 | appears asleep |
| | 0030 | B. Calhoun | 69801 | appears asleep on bunk |
| | 0040 | B. Calhoun | 69801 | appears asleep |
| | 0050 | B. Calhoun | 69801 | appears asleep |
| | 0100 | B. Calhoun | 69801 | appears asleep |

EXHIBIT Information Page number
Yes or No (Circle one)

**893**

App. 0722

# TARRANT COUNTY SHERIFF'S DEPARTMENT
## DETENTION BUREAU INSPECTION RECORD OF PRISONERS IN SEPARATION

**Name:** Hummel, John                **C.I.D. #** 0763423

### Part II - Daily Inspection Record
### (Date, Time and Signature columns must be completed.)

| Date | Time | Signature | Empl.# | Remarks |
|------|------|-----------|--------|---------|
| 1-30-10 | 1142 | M. Evans | 69454 | on the toilet |
|  | 1151 | M. Evans | 69454 | on the bunk reading |
|  | 1200 | M. Evans | 69454 | on the bunk reading |
|  | 1209 | M. Evans | 69454 | on the bunk reading |
|  | 1217 | M. Evans | 69454 | on the bunk reading |
|  | 1226 | M. Evans | 69454 | on the bunk reading |
|  | 1235 | Zubin | 56487 | Reading |
|  | 1244 | Zubin | 55687 | Reading |
|  | 1253 | Zubin | 55687 | Reading |
|  | 1302 | D. Irwin | 78692 | reading |
|  | 1311 | M. Evans | 69454 | on the toilet |
|  | 1321 | D. Irwin | 78692 | On bunk |
|  | 1321 | D. Irwin | 78692 | on bunk |
|  | 1330 | D. Irwin | 78692 | on bunk |
|  | 1340 | D. Irwin | 78692 | on bunk |
|  | 1349 | D. | 78692 | on bunk |
|  | 1358 | Zubin | 55687 | OK |
|  | 1407 | Zubin | 55687 | OK |
|  | 1417 | R. Manning | 66665 | Reading On Bunk |
|  | 1426 | M. Evans | 69454 | on bunk reading |
|  | 1435 | M. Evans | 69454 | on bunk reading |
|  | 1444 | M. Evans | 69454 | on bunk reading |
| 1-30-10 | 1453 | T. Rigmaiden | 69335 | Reading a book |
|  | 1502 | K. Cleere | 70229 | Reading a book |
|  | 1511 | K. Cleere | 70229 | Laying on bunk |
|  | 1521 | J. Johnson | 70070 | standing at door |
|  | 1531 | J. Johnson | 70070 | Standing at door |
| 1-30-10 | 1540 | T. Rigmaiden | 69335 | Reading a book |
|  | 1550 | J. Johnson | 70070 | Reading a book |
| 1-30-10 | 1559 | T. Rigmaiden | 69335 | Reading a book on his bunk |
| 1-30-10 | 1609 | N. Williams | 69709 | Sitting on Brink |
|  | 1618 | K. Cleere | 70229 | Sitting on Bunk |
| 1/30/10 | 1628 | J. Johnson | 70070 | Sitting on bunk reading |

CFMT-37

EXHIBIT 44 Page 45  **894**




# TARRANT COUNTY

OFFICE OF THE
CRIMINAL DISTRICT ATTORNEY
www.tarrantda.com

JOE SHANNON JR.
CRIMINAL DISTRICT ATTORNEY
817/884-1400

TIM CURRY
CRIMINAL JUSTICE CENTER
401 W. BELKNAP
FORT WORTH, TX 76196-0201

December 30, 2009

**URGENT  VIA FACSIMILE 310-356-3485**

Custodian of Records
MySpace.com
1333 – 2ⁿᵈ Street, First Floor
Santa Monica, CA 90401

Re: Preservation Letter for ARSON & CAPITAL MURDER

Dear Custodian of Records:

The below listed accounts/profiles which are the subject of an ongoing criminal investigation at this agency and it is requested that said account/profile and all related records, communications and data, and any other information contained therein, be preserved pending the issuance of a GRAND JURY SUBPOENA AND THEN A SEARCH WARRANT.

Please preserve the following information associated with the following accounts:
1. PROFILE with all areas of user entered information;
2. FRIEND LISTS;
3. POSTS/BLOG ENTRIES made by any user on these accounts;
4. MESSAGES/CHATS/EMAIL both in electronic storage and current; and
5. IP ADDRESSES USED TO ACCESS ACCOUNTS with DATE & TIME.

**ACCOUNT 1:**
Profile URL: http://www.myspace.com/johnfiredragon
FriendID:  102701166

**ACCOUNT 2:**
Profile URL: www.myspace.com/288006562
FriendID:  288006562

MYSPACE PRESERVATION LETTER                    Page 1 of 2

EXHIBIT 45 Page 1 **896**

**ACCOUNT 3:**
Profile URL:  http://www.myspace.com/joyhummel
FriendID:  355262023

**ACCOUNT 4:**
Profile URL:  http://www.myspace.com/joybhummel
FriendID:  64118903

If you have any questions concerning this request, please contact me at (insert email address and phone contact).

Thank you for your assistance in this matter.

Sincerely yours,

JOE SHANNON, JR.
CRIMINAL DISTRICT ATTORNEY
TARRANT COUNTY

Lori L. Varnell, Assistant
Criminal District Attorney
Economic & Computer Crime Unit


cc:  Tracey M. Kapsidelis

MYSPACE PRESERVATION LETTER                    Page 2 of 2

EXHIBIT 45 Page 2 **897**

**App. 0725**



Profile Tools

| People ▼        Search

Home | Browse | Search | Invite | Film | Mail | Blog | Video | Chat | Games | MySpace | Forum | Groups | Events | Videos | MySpace Comedy | Log out | Classifieds

## John Fire Dragon
John Hummel

**John Fire Dragon** Too much going my mind to think str8t
Posted at 6:44 PM Dec 6, 2009

Male
34 years old

view more

KENNEDALE,
Texas
United
States

**John Fire Dragon's Latest Blog Ent**
[Subscribe to this Blog]

Book I just Finished  (view more)

Last Login:
12/13/2009
**Mood:** overstimulated

[View All Blog Entries]

View My: Pics | Gifts

**John Fire Dragon's Blurbs**

**About me:**
Jack of all Trades, Master off none.

### Contacting John Fire Dragon

✉ Send Message          ✉ Forward to Friend

👤 Add to Friends          ☑ Add to Favorites

📱 IM / Call               🚫 Block User

👥 Add to Group           🎁 Send Gift



**MySpace URL:**
www.myspace.com/johnfiredragon

### John Fire Dragon's Interests

**General**   Just about everything & any thing

Myspace Layouts by Pimp-My-P

Vampires
## Shapeshifting Vampire



What Martial Art should u pursue?
## Jeet Kune Do

Thas the best u could score, Bruce Lee's innovated

martial art . . . u must b well rounded and very smart and could b deadly n a streetfight cuz this is the most effective martial art today!!

Take this test

| | |
|---|---|
| **Music** | Just about All of it |
| **Movies** | You name it I'v seen it |
| **Television** | Whats els is there beside Video Games |
| **Books** | Ya right....well do RPGS count? |
| **Heroes** | |

I'm my own Heroe
### Zombie Survival Expert



You know where it is at and are welcome o come along with me :D

Take this test
What kind of person are you?
### Artist

There are only 400 out of every 1,0 aquire this gift. It is usefull in many w your gift wisely. Follow the stars becau detirmin what animal you becor

Take this test

Which Superhero are you? Results
http://www.msplinks.com/MDFodHRwOi8v
XN1cGVyaGVyb3F1aXouY29t

Your results:
## You are **Green Lantern**

| | | | |
|---|---|---|---|
| Green Lantern | ———— | 80% | Hot-heade |
| Hulk | ——— | 75% | have stror |
| Catwoman | ——— | 70% | will power |
| Superman | ——— | 65% | good imag |
| Iron Man | ——— | 65% | |
| Spider-Man | ——— | 60% | |
| Robin | —— | 60% | |
| The Flash | —— | 60% | |
| Supergirl | —— | 57% | |
| Wonder Woman | —— | 47% | |
| Batman | —— | 45% | |

Click here to take the Superhero Personality Test

## Who I'd like to meet:
Real, Kool, Funny PPL
what fighting style do you have?
### Martial Artist



Bruce Lee is your idol and favorite pa

Whether it is writing, drawing, or your passion for music you take it very seriously. You are a very deep thinker and write or draw on a daily basis. Your artistic view and style make you unique and you see things in a lot different way. People love your work and you hope to make it big some day whether writing best sellers, painting a museum master piece, or rockin it out on stage whatever you do never give up on your dreams.

Take this test

you keep your composure and never your a black belt in whatever style yo and a very worthy advisary. Wax on

Take this test



Error

### John Fire Dragon's Friend Space
**John Fire Dragon has 15 friends.**


Joy


Neata

View John Fire Dragon's Friends: All | Online

### John Fire Dragon's Details

| | |
|---|---|
| **Status:** | Married |
| **Here for:** | Networking, Friends |
| **Orientation:** | Straight |
| **Body type:** | 6' 0" / Average |
| **Ethnicity:** | White / Caucasian |
| **Religion:** | Christian - other |
| **Zodiac Sign:** | Scorpio |
| **Smoke / Drink:** | Yes / No |
| **Children:** | Proud parent |

### John Fire Dragon's Friends Comme
**Displaying** 11 of 11 **comments** ( Vie

Lady.P.A.Stanley  Oct 28 2009 2:06 PM



Check out my page
http://www.msplinks.com/MDFodHRw
vd3d3LmRvdWxxpa2UudXMvcGhvdG9zL3
MDE1ODMuaHRtbD9iPTQmdz00Ng==

**Education:** High school

**Occupation:** Security Guard

**Income:** Less than $30,000

### John Fire Dragon's Schools

| Jonesville High School | 1991 |
|---|---|
| Jonesville, SC | to |
| Graduated: 1995 | 1995 |

Student status: Alumni
Degree: High School Diploma

Let me know if you like me YES or NO
http://www.msplinks.com/MDFodHRw
vd3d3LmRvdWxxpa2UudXMvcGhvdG9zL:

MDE1ODMuaHRtbD9iPTQmdz00Ng==

**chad**   **Jan 21 2009 8:31 PM**



Hey Hummel!

**Ki Shinju**   **Nov 8 2008 5:47 AM**



Yeah... I know its late man... but HAPPY BIRTHDAY anyways.... ^_^ ... See yaaus laters .....

**\*Steph\***   **Oct 3 2008 8:18 AM**



*This comment was sent by your friend via the SuperHug! app.To block this app and all communications from it click Here.*

-----------------------------
------------



I blew a kiss at you.

Blow a kiss at me back!



Joy

**Sep 16 2008 9:49 PM**



*This comment was sent by your friend via the Movies app.To block this app and all communications from it click Here.*

----------------------------------------

Can you beat my score on this quiz?

### Think you know 'Dirty Dancing'



I got 70%. Can you do any better?



Joy

**Sep 14 2008 12:35 PM**



*This comment was sent by your friend via the Movies app.To block this app and all communications from it click Here.*

----------------------------------------

Can you beat my score on this

quiz?

**A True Grease Fan woul know...**



I got 100%. Can you do any better?



**Madame Minx (1)**

**Aug 27 2008 9:00 AM**





Your input was very helpful....
Thanks!
Minx!

**John**

**Aug 20 2008 9:11 AM**



*This comment was sent by your friend via the Super Heroes app. To block this app and all communications from it, click Here.*

----------------------------------
------------

John wants you to join the alliance in Super Heroes, an action-packed social network game on MySpace. Be a super hero, buy other heroes, and battle for the ultimate victory!

Join John's Alliance



**JOY TO THE WORLD**   **Jul 8 2007 7:48 AM**



TO THE LOVE OF MY LIFE, AM VERY BLESSED TO STILL HAVE YOU IN MY LIFE.... DON'T EVER SCAR ME LIKE THAT AGAIN....I LOVE YOU ALWAYS!!!!!!!! YOUR WIFE

**Night Every One and thanks for coming ..**   **Jan 25 2007 10:44 PM**



I am the blackn
I am the
I am the annil
I am the tricks
I am the void in
I am the obli
sha

**JOY TO THE WORLD**   **Sep 15 2006 3:45 PM**



THANK YOU, I LOVE YOU VERY MUCH!!!!!!!!!!! YOUR WIFE

Help | Terms | Privacy Policy | Safety Tips | Block User | Report Abuse | MySpace
International | MySpace Latino

Press Room | Advertise | Developers

©2003-2009 MySpace.com. All Rights Reserved.

Tuesday, March 25, 2014



EXHIBIT 45 Page 11

**906**

MAR. 7. 2011  1:17PM    NCIS/RECORDS                          NO. 6338  P. 12/12

05/18/2008  09:22   7607255287          SITE ISSM DASO                    PAGE  14

PFC Hummel-
This formal counseling is for your actions for the period of 990806-990809. You have demonstrated a lack of professionalism and discipline. Not only did you ~~[illegible]~~ which should warrant at least a Page 11, you were also caught smoking in the smoke box during an UNREP. Also, you have been leaving your rack a mess in the morning and forgetting to trice it up. I am tired of getting calls every morning concerning your racks. Cleaning up after you should not be LCpl Matthies' job or mine. I understand that you are on mess duty and have long hours but that is no excuse to live like you are now. This will be the LAST time this is mentioned. Your behavior in the past week has shown that you have no desire to achieve the rank of Lance Corporal. I don't know where this sudden drop in your behavior has come from but it is up to you to correct the problem. We have a small section with a lot of work to be done and cannot afford to lose your contributions when we hit the Persian Gulf. You are a vital part of this section and have shown in the past that you are capable of outstanding work. If you need any help in your deficiencies, you can come to SSgt Bolling, Capt Dougherty, Chaplain Hoog or myself. Do not hesitate to ask for anything that will improve yourself.


Sign _____

Date  990908


Sign _____

Sign  990809


ENCLOSURE 4

EXHIBIT 46 Page 1  **908**

**App. 0735**