VOL. **1A** OF **8**

No. **AP-76596**

# JOHN WILLIAM HUMMEL
APPELLANT

<u>CAPITAL MURDER</u>　　　　　<u>DEATH</u>
OFFENSE　　　　　　　　　　　PUNISHMENT

　　　　　　　　　　　　　　　<u>TARRANT</u>
CONTENTS: **SEALED ENVELOPES**　COUNTY

_____MOTION FOR

REHEARING IS_____.

_____20_____.

_____
JUSTICE

Court_____PETITION

Court No._____　FOR DISCRETIONARY REVIEW IS

Judge_____

sition_____20_____.

_____

e_____P.C._____S_____　JUDGE

h:_____DNP:_____　DISPOSITION:_____

_____　DATE:_____JUDGE:_____

_____　SIGNED:_____PER CURIAM:_____

_____　_____MOTION FOR

Tr._____　REHEARING IS_____

B_____　_____20_____

e_____

lr:_____　_____
　　　　　　　　　JUDGE

iled_____

nse_____
　　　　　　　　　　109 SP74118

_____

ef_____