

**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

July 6, 2017

**VIA ELECTRONIC MAIL**
Clerk, United States District Court
Northern District of Texas
501 W. 10th Street, Room 201
Fort Worth, Texas 76102

Re:  *John Hummel v. Lorie Davis, Director*
    Civil Action No. 4:16-cv-00133-O

Dear Clerk:

Attached please find State Court Records in the above referenced cause, which are being electronically filed with the Court. Thank you for your kind assistance in this matter.

Sincerely,

/s/ Gwendolyn Vindell
GWENDOLYN VINDELL
Assistant Attorney General
Criminal Appeals Division
(512) 936-1400

GV/ls
*Enclosures*